IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
STEVEN JOSHUA DINKLE,        )
                             )
     Plaintiff,              )
                             )      CIVIL ACTION NO.
     v.                      )        2:23cv217-MHT
                             )            (WO)
U.S. MARSHAL SERVICE,        )
et al.,                      )
                             )
     Defendants.             )
```

OPINION

Plaintiff, a federal prisoner, filed this lawsuit complaining about health issues that developed after the defendants allegedly ignored his requests for medical treatment of his knee injuries. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of October, 2023.

                                      /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**